# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

Related to: US v. Kyana Washington, 1:24-CR-186 (MSN)

**Place of Offense:**

☐ **Under Seal**

**Judge Assigned:** MSN

| | | |
|---|---|---|
| City: | Superseding Indictment: | **Criminal No.** 1:24-CR- 231 |
| County: Fairfax | Same Defendant: | New Defendant: XXX |
| | Magistrate Judge Case No. | **Arraignment Date:** |
| | Search Warrant Case No. | R. 20/R. 40 From: |

**Defendant Information:**

**Defendant Name:** RAYMOND PARKS   Alias(es):   ☐ Juvenile   FBI No.

**Address:** Bowie, MD

**Employment:**

**Birth Date:** xx/xx/1975   **SSN:** xxx-xx-5980   **Sex:** Male   **Race:** black   Nationality: USA

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ **Interpreter**   **Language/Dialect:**   Auto Description:

**Location/Status:**

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

**Name:** Jesse Winograd   ☐ Court Appointed   Counsel Conflicts:

Address: 5335 Wisconsin Ave. NW, Ste 440, Wash DC 20015   ☒ Retained

Phone: 202-302-7429   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Katherine E. Rumbaugh   **Phone:** 703-299-3700   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2: | | | | |
| **Date:** | 10/21/2024 | **AUSA Signature:** /s/ Katherine E. Rumbaugh | | *may be continued on reverse* |